### GORDON DRY GIN CO., Limited, v. REILLY.

(Supreme Court, Appellate Term, First Department. May 13, 1915.)

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by the Gordon Dry Gin Company, Limited, against John Reilly. From a judgment dismissing the complaint at the opening of the trial on the ground that it failed to set forth facts sufficient to constitute a cause of action, plaintiff appeals. Reversed, and new trial ordered.

Argued April term, 1915, before GUY, BIJUR, and PENDLETON, JJ.

Kiernan & Moore, of New York City (Maurice J. Moore, of New York City, of counsel), for appellant.

Winslow, Keenan & Budd, of New York City (H. Irwin Keenan, of New York City, of counsel), for respondent.

PENDLETON, J. The only difference between this case and No. 125, entitled John Jameson & Son, Ltd., v. John Reilly, 153 N. Y. Supp. 225, is that here there was an allegation of publication in the complaint, which was alleged to be defective. As no publication is necessary at all (see opinion in John Jameson & Son, Ltd., v. Reilly, No. 125), it is unnecessary to consider this question.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event. All concur.